# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 26, 2019

## NO. 03-18-00780-CV

**A. P., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## APPEAL FROM 53RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
### DISMISSED ON APPELLEE'S MOTION -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on November 7, 2018. Texas Department of Family and Protective Services has filed a motion to dismiss the appeal, and having reviewed the record, the Court agrees that the appeal should be dismissed. Therefore, the Court grants the motion and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.